1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2725



**FILED**

MAY 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF ) MISC. CASE NO. 2:08-MC-0070
THE EXTRADITION OF )
 ) **UNDER SEAL**
JAVIER PADILLA LIZARRAGA )
 ) **ORDER THAT AN ARREST WARRANT BE ISSUED**

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared the complainant herein, Assistant United States Attorney Daniel S. McConkie.

Mr. McConkie made a complaint under oath in accordance with 18 U.S.C. § 3184. The complaint sets forth facts on the basis of which I find probable cause to believe that JAVIER PADILLA LIZARRAGA should be apprehended and brought before this Court. As provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico, evidence of his criminality may then be heard and considered.

/ / /

1  **IT IS THEREFORE ORDERED** that a warrant for the arrest of JAVIER
2  PADILLA LIZARRAGA be issued.
3  Date: _May 23, 2008_

_____
GREGORY G. HOLLOWS

GREGORY G. HOLLOWS
United States Magistrate Judge