1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2725



FILED
MAY 23 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE: SEALED CASE         ) MISC. CASE NO. _____
                           )
                           ) **SEALING ORDER**
                           )
                           )
                           )  2 08 - MC - 0 0 7 0   GGH
                           )
                           )
                           )
_____)

   Upon Application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED**, that the documents filed in the above-captioned matter be ordered SEALED until further order of this Court.

DATED: May 23, 2008

                                    _____
                                    GREGORY G. HOLLOWS
                                    United States Magistrate Judge

1