McGREGOR W. SCOTT
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2725



FILED

MAY 30 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JAVIER PADILLA LIZARRAGA | MISC. CASE NO. 08-70 GGH<br><br>**UNSEALING ORDER** |

The court has been informed that the United States Marshals arrested Javer Padilla Lizarraga on May 29, 2008 and that there is no further need for the documents in this case to be filed under seal. Accordingly, upon application of the United States of America,

**IT IS HEREBY ORDERED**, that all documents which have been or will be filed in the above-captioned matter be ordered UNSEALED.

DATED: May 30, 2008

GREGORY G. HOLLOWS

———————————————
GREGORY G. HOLLOWS
United States Magistrate Judge

1